Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB PORTMAN, on behalf of himself and all others similarly situated, <br><br> Plaintiff(s), <br><br> -against- <br><br> COMMONWEALTH FINANCIAL SYSTEMS, INC., CAPIO PARTNERS, LLC and JOHN DOES 1-25, <br><br> Defendant(s). | Civil Case: 3:19-cv-08798-FLW-LHG <br><br> **CIVIL ACTION** <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against all Defendants, in the above captioned matter, **with prejudice** and dismiss the claims on behalf of the putative class without prejudice.

s/ Ben A. Kaplan
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff
Dated: June 4, 2019

s/ Andrew J. Blady
Andrew J. Blady, Esq.
Sessions, Fishman, Nathan & Israel
3682 Green Ridge Road
Furlong, PA 18925
Telephone (267) 544-0840
ablady@sessions.legal
Attorneys for Defendant
Dated: June 4, 2019

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.

IT IS SO ORDERED:

*Freda L. Wolfson*
FREDA L. WOLFSON, U.S.D.J.  6-5-19